IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ANDREW LAWHORN,**

       Plaintiff,

   v.

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

       Defendant.

No. 3:13-cv-00319-JE

OPINION AND ORDER

**MOSMAN, J.**,

    Judge Jelderks recommended [21] that a judgment be entered AFFIRMING the Commissioner's decision that Plaintiff was not disabled and DISMISSING Plaintiff's motion for remand with prejudice on March 13, 2014.

## DISCUSSION

    The magistrate judge makes only recommendations to the court, to which any party may file written objections. I am not bound by the recommendations of the magistrate judge; instead, I retain responsibility for making the final determination. I am required to review de novo those portions of the report or any specified findings or recommendations within it to which an objection is made. 28 U.S.C. § 636(b)(1). However, I am not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those

1 – OPINION AND ORDER

portions of the F&R to which no objections are addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether objections have been filed, in either case I am free to accept, reject, or modify any part of the F&R.  28 U.S.C. § 636(b)(1).

Upon review, I agree with Judge Jelderk's recommendation, and I ADOPT the F&R [21] as my own opinion.

IT IS SO ORDERED.

DATED this   19th   day of June, 2014.


/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge

2 – OPINION AND ORDER